NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ARTIS SCARBOROUGH,                )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D17-5080
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____   )

Opinion filed January 2, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Michelle D. Sisco, Judge.

Artis Carborough, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.